

**Kenneth C. Scheidig, General Counsel**

Alameda-Contra Costa Transit District

October 18, 2005

**VIA FACSIMILE**
**(415) 522-3636**

Magistrate Judge Joseph Spero
United States District Court-Northern District
450 Golden Gate Ave., 15th Fl., Courtroom A
San Francisco, CA 94102

      Re: **Rozella Johnson v AC Transit, et al.**
           **Case No. C-04-4879-MMC (JCS)**

Dear Honorable Joseph Spero:

The Settlement Conference in the above-entitled matter is currently scheduled for November 10, 2005, at 1:30 p.m. in your courtroom. The trial date was originally scheduled for December 5, 2005 but has been continued to April 24, 2006, due to Defendants' Motion for Summary Judgment still pending before the Honorable Maxine Chesney. The parties anticipate a ruling on the motion by the end of January, and also believe that the settlement conference would be more meaningful after receipt of the ruling on the motion. As such, in conjunction with your clerk, the parties have selected a new date for the Settlement Conference of February 15, 2006, at 9:30 a.m. in your courtroom with statements due fourteen calendar days before the conference. If this meets with your approval, it is respectfully requested that you grant the continuance and so order that it be moved to February 15, 2006.

Thank you for your assistance in this matter.

Very Truly Yours,


Marcia Hoyt

cc: Jeff Trowbridge

