UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZELLA JOHNSON,<br><br>                    Plaintiff(s),<br><br>             v.<br><br>AC TRANSIT, ET AL.,<br><br>                    Defendant(s).<br>_____/ | No. C-04-4879 MMC (JCS)<br><br>**NOTICE AND ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>**(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, at the request of counsel, the Settlement Conference previously scheduled for February 15, 2006, at 9:30 a.m., has been continued to **March 22, 2006, at 9:30 a.m.**, in Conference will take place in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**On or before March 8, 2006**, each party must deliver directly to the undersigned's Chambers a Confidential Settlement Conference Statement. This Statement should not be electronically filed, and need not be served upon the other parties.

Lead trial counsel shall appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference.

IT IS SO ORDERED.

Dated: January 31, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge