| | |
|---|---|
| 1 | ALAMEDA-CONTRA COSTA TRANSIT DISTRICT |
|   | OFFICE OF THE GENERAL COUNSEL |
| 2 | KENNETH C. SCHEIDIG, CSB #045896 |
|   | MARCIA HOYT, CSB#076831 |
| 3 | DENISE C. STANDRIDGE, CSB#151868 |
|   | 1600 FRANKLIN ST., 6TH FL. |
| 4 | OAKLAND, CA 94612 |
|   | (510) 891-4827 |

Attorneys for Defendants AC Transit
and Kathleen Kelly

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROZELLA JOHNSON, | ) | NO. C 04-04879 MMC |
| | ) | |
| Petitioner and Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | MANDATORY SETTLEMENT |
| | ) | CONFERENCE |
| AC TRANSIT, KATHLEEN KELLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated by and between the parties and through their counsel of record that the Mandatory Settlement Conference currently scheduled for March 22, 2006 before Magistrate Judge Joseph C. Spero be continued to June 14, 2006 at 9:30 a.m. in Courtroom A, 15th Fl., Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

The parties have entered into this stipulation because they are still providing the court with further briefing on Defendants' Motion for Summary Judgment. The last brief is due April 28, 2006. The April 24, 2006 trial date and all pre-trial dates were vacated by the Court when setting the further briefing schedule. The parties feel that the conference will be more beneficial after a ruling on the Motion for Summary Judgment has been made.

///

Stipulation to Continue
Mandatory Settlement Conference         1

1  DATED: _03/01/06_____          _____/s/_____
2                                   Jeffery Trowbridge
                                    Attorney for Plaintiff
3

4

5  DATED: _03/01/06_____          _____/s/_____
                                    Marcia Hoyt
6                                   Attorney for Defendants

7

8              PURSUANT TO STIPULATION , IT IS SO ORDERED.

9

10

11

12

13

14  DATED: March 3, 2006                                    _____
                                                            J. C. Spero
15

*IT IS SO ORDERED — Judge Joseph C. Spero* (United States District Court, Northern District of California seal)

Stipulation to Continue
Mandatory Settlement Conference          2