```
ALAMEDA-CONTRA COSTA TRANSIT DISTRICT
OFFICE OF THE GENERAL COUNSEL
KENNETH C. SCHEIDIG, CSB #045896
MARCIA HOYT, CSB#076831
DENISE C. STANDRIDGE, CSB#151868
1600 FRANKLIN ST., 6TH FL.
OAKLAND, CA 94612
(510) 891-4827
```

Attorneys for Defendants AC Transit
and Kathleen Kelly

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZELLA JOHNSON, ) | NO. C 04-04879 MMC |
| ) | |
| Petitioner and Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | MANDATORY SETTLEMENT |
| ) | CONFERENCE; ORDER THEREON |
| AC TRANSIT, KATHLEEN ) | |
| KELLY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

It is hereby stipulated by and between the parties and through their counsel of record that the Mandatory Settlement Conference currently scheduled for August 24, 2006 before Magistrate Judge Joseph C. Spero be continued to October 25, 2006 at 9:30 a.m. in Courtroom A, 15th Fl., Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

The parties have entered into this stipulation because they have not received a decision on Defendants' Motion for Summary Judgment. There is no pending trial date. The parties feel that the conference will be more beneficial after a ruling on the Motion for Summary Judgment has been made.

DATED: _08/23/06_____     _____/s/_____
                           Jeffery Trowbridge
                           Attorney for Plaintiff

Stipulation to Continue
Mandatory Settlement Conference          1

1
2   DATED:   _08/23/06_____                    _____/s/_____
                                                Marcia Hoyt
3                                               Attorney for Defendants
4
5              PURSUANT TO STIPULATION, IT IS SO ORDERED.
    Updated Statements shall be LODGED with Chambers on or before October 18, 2006.
6
7   DATED:   August 23, 2006                    _____
                                                Magistrate Judge Joseph C. Spero
8

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue
Mandatory Settlement Conference            2